IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD BARROW,           )<br>                          )<br>    Plaintiff,         )<br>                          )<br>    v.                    )<br>                          )<br>WEXFORD HEALTH SOURCES, INC., et )<br>al.,                      )<br>                          )<br>    Defendants.           ) | Case No. 3:14-cv-800-NJR-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

On October 9, 2015, this Court appointed attorney Paul J.Puricelli for Plaintiff and terminated various motions that were pending, including motions related to discovery.  In light of the seeming discovery disputes and Plaintiff's request for subpoenas, this Court stayed discovery (even though the deadline has now passed).  Defendants have since filed a motion to stay the dispositive motion filing deadline, October 16, 2015, in light of the Court's Order appointing counsel.  It is the Court's intent, at the November 12, 2015 status conference, to resolve outstanding discovery issues that are pending in this matter (if any) and to address any issues that the parties may have, including the potential re-opening of discovery in order to allow appointed counsel the opportunity to prosecute this matter in an effective manner.  To that end, the dispositive motion filing deadline is **STAYED** and will be reset at the November 12, 2015 conference.  Defendants' Motion to Vacate Deadline to File Dispositive Motions (Doc. 143) is accordingly found as **MOOT**.

**IT IS SO ORDERED.**

**DATED: October 16, 2015**

**DONALD G. WILKERSON**
**United States Magistrate Judge**

Page **1** of **1**