UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

RONALD BARROW,

    *Plaintiff(s)*

v.

WEXFORD HEALTH SOURCES, INC.,

    *Defendant(s)*

Case Number: 3:14-cv-800-NJR-DGW

## ORDER GRANTING PACER EXEMPTION

Currently before the Court is a request by Attorney Paul Puricelli for an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that, Mr. Puicelli, an appointed lawyer on a prisoner civil rights case in this district, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, he has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Mr. Puricelli hereby is exempted from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of this action only. Mr. Puricelli shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Additionally, the following limitations apply:

1. this fee exemption applies only to and is valid only for the purpose stated above;

2. this fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

3. by accepting this exemption, agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. is prohibited from transferring any data obtained as a result of receiving this exemption;

5. this exemption is valid only until this action is terminated.

This exemption may be revoked at the discretion of the Court at any time.

Mr. Puricelli must register for a separate pro bono account with PACER at www.pacer.gov. After registering, the PACER Service Center will issue further written instructions to activate the account. If needed, Mr. Puricelli may contact the PACER Service Representative at 800-676-6856, Ext. 6442, for assistance.

The Clerk of Court is DIRECTED to email a copy of this Order to the PACER Service Center.

IT IS SO ORDERED.

Dated: November 20, 2015

Hon. Donald G. Wilkerson
United States Magistrate Judge