IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD BARROW, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WEXFORD HEALTH SOURCES, INC., DR. )<br>ROBERT SHEARING, KIMBERLY )<br>BUTLER, DR. J. TROST, and GAIL WALLS, )<br>)<br>Defendants. ) | Case No. 3:14-cv-800-NJR-DGW |

**AMENDED 42 U.S.C. § 1983 SCHEDULING ORDER**

**WILKERSON, Magistrate Judge:**

The parties are reminded that they may, pursuant to Federal Rule of Civil Procedure 29, modify discovery dates occurring prior to the close of discovery, by agreement, without the Court's involvement, provided that neither the discovery cutoff and dispositive motion deadlines nor the settlement conference date are affected.

Depositions upon oral examination, interrogatories, request for documents, and answers and responses thereto shall not be filed unless on order of the Court.

Disclosures or discovery under Rule 26(a) of the Federal Rules of Civil Procedure are to be filed with the Court only to the extent required by the final pretrial order, other order of the Court, or if a dispute arises over the disclosure or discovery.

**I.      Initial Disclosures and Pretrial Filings:** In light of the posture of this Case, the Court assumes that initial disclosures and discovery requests have been made.   Parties shall supplement as required by the Federal Rules.

    A.    Responses to initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be supplemented, if necessary, by **January 29, 2016**.

    B.    Any party entering an appearance after the date of this Order shall make the required disclosures within 30 days from his appearance in this case. Plaintiff will make his required disclosures within 30 days from the new party's appearance.

    C.    Motions to amend the pleadings shall be filed by **January 22, 2016**.

**II.    Discovery**

    A.    Any interrogatories, requests for production of documents, or requests for admissions shall be served so as to allow the answering party the full thirty-day period provided by the Federal Rules of Civil Procedure in which to respond.

    B.    Defendants are granted leave to depose Plaintiff pursuant to Rule 30(a)(2) by **March 31, 2016**.

    C.    Defendants' depositions shall be taken by **May 31, 2016**.

    D.    The parties are granted leave to depose other incarcerated persons pursuant to Rule 30(a)(2) by agreement provided that the number does not exceed 2 each. If a party wishes to depose more than 2 incarcerated persons, they shall seek leave of Court.

    E.    If the parties believe that expert discovery is necessary, they must file a motion by **February 29, 2016**.

    F.    All discovery must be completed by **June 1, 2016**. Pursuant to Fed.R.Civ.P. 26(e), the parties are under an ongoing obligation to supplement the disclosures and production in this case.

    G.    If there is a discovery dispute, the parties shall promptly contact chambers for a discovery dispute conference. The Court intends to consider all such disputes informally and no discovery motions shall be filed except with leave of Court.

**III.** **Dispositive motions:** All dispositive motions shall be filed by **June 15, 2016**.

**IV.** **Trial Schedule**

    A.    Extensions of these deadlines will only be granted in the rarest of circumstances, as the usual difficulties and delays associated with prisoner litigation have been taken into account in setting the pretrial schedule.

    B.    If the parties believe that a settlement conference would be beneficial, they should contact chambers.

    C.    A telephonic status conference is **SET** for **January 28, 2016 at 3:00 p.m.** Plaintiff to initiate the phone conference. Plaintiff should be prepared to discuss the status of Plaintiff's request for preliminary injunctive relief (Doc. 76).

    C.    A telephonic pretrial conference is **SET** for **August 31, 2016 at 2:00 p.m.** before United States Magistrate Judge Donald G. Wilkerson. Defendant (Wexford Defendants) to initiate the conference call.

    D.    A final pretrial conference is **SET** on **October 5, 2016 at 1:30 p.m.** before United States District Judge Nancy J. Rosenstengel. Parties should consult Judge Rosenstengel's case management procedures, located on the Court's webpage, for instructions.

E.  Trial is hereby **RESET** before District Judge Nancy J. Rosenstengel on **October 25, 2016 at 9:00 a.m.**

**IT IS SO ORDERED**

**DATED: January 4, 2016**

*Donald Wilkerson* (signature)

**DONALD G. WILKERSON**
**United States Magistrate Judge**