IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD BARROW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-800-NJR-DGW |
| ) | |
| WEXFORD HEALTH SOURCES, INC., DR. ) | |
| ROBERT SHEARING, KIMBERLY ) | |
| BUTLER, DR. J. TROST, and GAIL WALLS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motions for Extension of Time filed by Plaintiff, Ronald Barrow, on May 17 and 18, 2016 (Docs. 165 and 166). For good cause shown and over Defendants' objections, the first Motion is deemed **MOOT** (Doc. 165) and the second Motion is **GRANTED** (Doc. 166). Plaintiff is granted until **July 1, 2016** to conduct depositions.

**IT IS SO ORDERED.**

**DATED: June 1, 2016**

　　　　　　　　　　　　　　　　　　　　**DONALD G. WIKERSON**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**