IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD BARROW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-800-NJR-DGW |
| ) | |
| WEXFORD HEALTH SOURCES, INC., DR.) | |
| ROBERT SHEARING, KIMBERLY) | |
| BUTLER, DR. J. TROST, and GAIL WALLS,) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion to Withdraw filed by Plaintiff's counsel, Paul J. Puricelli, on October 11, 2016 (Doc. 192), and the Motion for Extension of Time (Doc. 193), the Motion to Compel (Doc. 194), the Motion to Activate Notice of Electronic Filing (Doc. 196), and the Motion to Withdraw Appointed Counsel (Doc. 197) filed by Plaintiff, Ronald Barrow, on October 11, 2016.

Plaintiff has told his appointed counsel, Paul J. Puricelli, that he no longer wishes to be represented by counsel. As such, the Motions to Withdraw (Docs. 192 and 197) are **GRANTED**. Mr. Puricelli is terminated as counsel of record with the Court's thanks for accepting appointment in this matter. Plaintiff is now proceeding *pro se*. Plaintiff is reminded to ensure that the Clerk of Court is notified as to any address change. No new attorney will be appointed at this time.

Currently pending are two motions for summary judgment, on filed on July 15, 2016 by Dr. Shearing, Dr. Trost, and Wexford Health Sources, Inc. (Doc. 176). Plaintiff has filed a *pro se* response to that motion (Doc. 195). The second motion for summary judgment, filed by Warden Butler and Gail Walls was filed on July 29, 2016 (Doc. 182). A response was due on September

20, 2016; however, no response was filed because, as indicated by Mr. Puricelli, Plaintiff authorized the dismissal of these Defendants but the papers have not been filed. Plaintiff nonetheless seeks an extension of time to file a response to the Motion. Plaintiff is **GRANTED** until **November 14, 2016** to file a response. It is unlikely that an extension of this deadline will be granted absent extraordinary circumstances.

Finally, Plaintiff seeks an Order compelling Defendants to file, under seal, documents that are subject to a protective order and which Plaintiff refers to in his response to a motion for summary judgment (Doc. 195). These documents include the Wexford Provider Handbook, Wexford Policy, Wexford Medical Policies and Procedures, Wexford/IDOC Contract, and another Wexford Procedure Handbook, that have been produced in this matter. Defendant (Wexford) shall email these documents to chambers by **October 21, 2016** for *in camera* review.

In light of the foregoing, the Motions to Withdraw (Docs. 192, 197) are **GRANTED**, the Motion for Extension of Time (Doc. 193) is **GRANTED**, the Motion to Compel (Doc. 194) is **GRANTED IN PART**, and the Motion to Activate Notice of Electronic Filing (Doc. 196) is **MOOT**.

**DATED: October 19, 2016**

*Donald Wilkerson*

       **DONALD G. WILKERSON**
       **United States Magistrate Judge**